1
2
3
4
5
6
7

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10  KEVIN CRAIG, JR.,

11          Plaintiff,                    No. CIV S-05-1441 DFL PAN P

12      vs.

13  C. HOUGHLAND,

14          Defendant.                    <u>ORDER</u>

15  _____/

16          Plaintiff has filed documents entitled "request for production, request for
17  admissions and interrogatories."  Plaintiff is informed that court permission is not necessary for
18  discovery requests and that neither discovery requests served on an opposing party nor that
19  party's responses should be filed until such time as a party becomes dissatisfied with a response
20  and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery
21  requests between the parties shall not be filed with the court unless, and until, they are at issue.
22          Accordingly, IT IS HEREBY ORDERED that plaintiff's May 18, 2006 request for
23  production, request for admissions and interrogatories will be disregarded.  Plaintiff is cautioned
24  that further filing of discovery requests or responses, except as required by rule of court, may
25  /////
26  /////

1

1  result in an order of sanctions, including, but not limited to, a recommendation that this action be
2  dismissed.
3  DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
crai1441.411