1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  KEVIN CRAIG, JR.,

11        Plaintiff,                    No. CIV S-05-1441 DFL EFB P

12     vs.

13  C. HOUGLAND,                        ORDER AND
                                        FINDINGS & RECOMMENDATIONS
14        Defendant.
                                   /
15

16    On April 11, 2006, the court directed plaintiff to file a pretrial statement on or before

17  December 15, 2006.  Plaintiff has not file his pretrial statement nor responded to the court's

18  order.  Therefore, the court recommends that this action be dismissed without prejudice.  See

19  Fed. R. Civ. P. 16(f); Local Rule 11-110.

20    In accordance with the above, IT IS HEREBY ORDERED that:

21    1. Defendants are relieved from filing a pretrial statement.

22    2. The pretrial conference set for January 5, 2007, is vacated; and

23    Further, IT IS HEREBY RECOMMENDED that this action be dismissed without

24  prejudice.  See Fed. R. Civ. P. 16(f); Local Rule 11-110.

25    These findings and recommendations are submitted to the United States District Judge

26  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

1

1 after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
4 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
5 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
6 DATED:   December 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2